# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 30, 2019

Bridget M. McCormack,
Chief Justice

158119

David F. Viviano,
Chief Justice Pro Tem

PEARLINE DAVIS,
      Plaintiff-Appellant,

v

M & T BANK,
      Defendant-Appellee.

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 158119
COA: 338705
Wayne CC: 17-002555-CH

_____/

On order of the Court, the application for leave to appeal the June 7, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



t0422

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 30, 2019



Clerk